**Motion Granted; Order filed September 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00205-CR
_____

**FRED BOAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. MD-0377095**

---

## ORDER

Appellant is represented by appointed counsel, Greg Russell. Appellant's brief was originally due May 28, 2019**.** We have granted a total of 90 days to file appellant's brief until August 28, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On August 28, 2019, counsel filed a further request for extension of time to file appellant's brief alleging a medical excuse.

We grant the request for extension and issue the following order.

Accordingly, we order Greg Russell to file a brief with the clerk of this court on or before September 25, 2019. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.